1  WALTER F. BROWN, JR. (STATE BAR NO. 130248)
   SUSAN D. RESLEY (STATE BAR NO. 161808)
2  AMY M. ROSS (STATE BAR NO. 215692)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, CA  94105-2669
   Telephone:   415-773-5700
5  Facsimile:    415-773-5759

6  Attorneys for Defendant
   Richard A. Nye
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION                *E-FILED - 12/6/05*

11

12 | SECURITIES AND EXCHANGE          | Case No.  C 05 3843 ~~PVT~~ RMW
   | COMMISSION,                      |
13 |                                  | JOINT STIPULATION AND
   |         Plaintiff,               | ~~[PROPOSED]~~ ORDER RE BRIEFING
14 |                                  | SCHEDULE FOR MOTIONS TO
   |     v.                           | DISMISS
15 |                                  |
   | KEITH G. BAXTER, RONALD J. GOEDDE,|
16 | RICHARD D. NYE, ROBERT E.        |
   | ELLINGTON and ANTHONY W. O'DELL, |
17 |                                  |
   |         Defendants.              |
18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE – Master File No. C 05 3843 PVT
DOCSSF1:853244.1
16781-2001 RL8/RL8

This Stipulation is entered into by and among plaintiff, the Securities and Exchange Commission ("SEC"), and defendants Keith G. Baxter, Ronald J. Goedde and Richard D. Nye (collectively, "Defendants"), through their respective attorneys of record.

WHEREAS plaintiff SEC filed its complaint in this action on September 23, 2005;

WHEREAS pursuant to the Waiver of Service of Summons, filed with the Court on October, 28, 2005, Defendants' responses to Plaintiffs' Complaint are due on or before November 28, 2005;

WHEREAS Plaintiff and Defendants agree that establishing an extended briefing schedule for Defendants' anticipated motions to dismiss is appropriate in light of the complex nature of the issues raised in this case;

NOW THEREFORE, the above referenced parties to this action, by and through their attorneys, hereby jointly submit this proposed order to the Court to set the briefing schedule as follows:

1. Defendants shall file and serve their motions to dismiss the Complaint on or before December 16, 2005;

2. Plaintiff shall file and serve its opposition briefs on or before February 2, 2006;

3. Defendants shall file and serve their reply briefs in support of their motions to dismiss the Complaint on or before March 3, 2006; and

4. Plaintiff and Defendants further request that this Court schedule a hearing on the matter on March 24, 2006 or as soon as practicable after that date.

IT IS SO STIPULATED

Respectfully submitted,

Dated: November 22, 2005

WALTER F. BROWN, JR.
SUSAN D. RESLEY
AMY M. ROSS
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

By \\s\\ (w/express authorization)
Walter F. Brown, Jr.
Attorneys for Defendant
Richard A. Nye

Dated: November 22, 2005

JOHN C. DWYER
GRANT P. FONDO
Cooley Godward LLP
Palo Alto Campus, Hanover Bldg.
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5228
Facsimile: (650) 849-7400

By \\s\\ (w/express authorization)
John C. Dwyer
Attorneys for Defendants Keith G. Baxter and
Ronald J. Goedde

JOINT STIPULATION AND [PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE
Master File No. C 05 3843 PVT

DOCSSF1:853244.1
16781-2001 RL8/RL8

| | |
|---|---|
| 1  Dated: November 22, 2005 | ROBERT M. FUSFELD |
| 2 | SECURITIES AND EXCHANGE COMMISSION |
| 3 | 1801 California Street, Suite 1500 |
|   | Denver, CO 80202 |
| 4 | Telephone: (303) 844-1000 |
|   | Facsimile:   (303)844-1068 |

By \\s\\ (w/express authorization)
Robert M. Fusfeld
Attorneys for Plaintiff United States Securities and Exchange Commission

* * *

[~~PROPOSED~~] XXXXXXXXX ORDER

IT IS SO ORDERED:

Dated: 12/5/05 _____          /S/ RONALD M. WHYTE _____

THE HONORABLE RONALD M. WHYTE, UNITED STATES DISTRICT COURT JUDGE