1  WALTER F. BROWN, JR. (STATE BAR NO. 130248)
   SUSAN D. RESLEY (STATE BAR NO. 161808)
2  AMY M. ROSS (STATE BAR NO. 215692)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, CA  94105-2669
   Telephone:    415-773-5700
5  Facsimile:    415-773-5759

6  Attorneys for Defendant
   Richard A. Nye
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12 | SECURITIES AND EXCHANGE COMMISSION, | Case No.  C 05 3843 RMW
13 |                                     | **JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING FOR MOTIONS TO DISMISS**
14 |              Plaintiff,             |
15 |         v.                          |
16 | KEITH G. BAXTER, RONALD J. GOEDDE, RICHARD D. NYE, ROBERT E. ELLINGTON and ANTHONY W. O'DELL, |
17 |                                     |
18 |              Defendants.            |

JOINT STIPULATION AND ORDER ESTABLISHING BRIEFING SCHEDULE
Master File No. C 05 3843 RMW

DOCSSF1:857015.1

1    This Stipulation is entered into by and among plaintiff, the Securities and Exchange
2  Commission ("SEC"), and defendants Keith G. Baxter, Ronald J. Goedde and Richard D. Nye
3  (collectively, "Defendants"), through their respective attorneys of record.
4    WHEREAS pursuant to the Stipulation and order entered by the Court on December 6, 2005,
5  Defendants' motion to dismiss is due on or before December 16, 2005;
6    WHEREAS Defendants have requested and Plaintiff has agreed to a brief extension of time
7  to file motions to dismiss the complaint;
8    WHEREAS Plaintiff and Defendants agree that further extending the briefing schedule for
9  Defendants' anticipated motions to dismiss is appropriate in light of the complex nature of the issues
10 raised in this case;
11   NOW THEREFORE, the above referenced parties to this action, by and through their
12 attorneys, hereby jointly submit this proposed order to the Court to set the briefing schedule as
13 follows:
14   1.  Defendants shall file and serve their motions to dismiss the Complaint on or before
15       December 30, 2005;
16   2.  Plaintiff shall file and serve its opposition briefs on or before February 16, 2006;
17   3.  Defendants shall file and serve their reply briefs in support of their motions to dismiss
18       the Complaint on or before March 17, 2006; and
19   4.  Plaintiff and Defendants further request that this Court vacate the March 24, 2006
20       hearing and re-schedule a hearing on the matter on April 7, 2006 or as soon as
21       practicable after that date.
22   IT IS SO STIPULATED.

|   |   |
|---|---|
| Respectfully submitted, | |
| Dated: December 13, 2005 | WALTER F. BROWN, JR.<br>SUSAN D. RESLEY<br>AMY M. ROSS<br>Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, California 94105<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759<br><br>By \\s\\ (w/express authorization)<br>Walter F. Brown, Jr.<br>Attorneys for Defendant<br>Richard A. Nye |
| Dated: December 13, 2005 | JOHN C. DWYER<br>GRANT P. FONDO<br>Cooley Godward LLP<br>Palo Alto Campus, Hanover Bldg.<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5228<br>Facsimile: (650) 849-7400<br><br>By \\s\\ (w/express authorization)<br>John C. Dwyer<br>Attorneys for Defendants Keith G. Baxter and<br>Ronald J. Goedde |

2
JOINT STIPULATION AND ORDER ESTABLISHING BRIEFING SCHEDULE
Master File No. C 05 3843 RMW

DOCSSF1:857015.1

| | |
|---|---|
| Dated: December 13, 2005 | ROBERT M. FUSFELD<br>SECURITIES AND EXCHANGE COMMISSION<br>1801 California Street, Suite 1500<br>Denver, CO  80202<br>Telephone:  (303) 844-1000<br>Facsimile:   (303)844-1068 |

By \\s\\ (w/express authorization)

Robert M. Fusfeld
Attorneys for Plaintiff United States Securities and Exchange Commission

\* \* \*

**ORDER**

IT IS SO ORDERED:

Dated: 12/21/05            /S/        RONALD     M.     WHYTE
_____

THE HONORABLE RONALD M. WHYTE, UNITED STATES DISTRICT COURT JUDGE