1  ROBERT M. FUSFELD (fusfeldr@sec.gov) Colorado Bar No. 13097
   ELIZABETH E. KRUPA (krupae@sec.gov) Colorado Bar No. 26028
2  Attorneys for U.S. Securities and Exchange Commission
3  1801 California Street, Suite 1500
   Denver, Colorado 80202
4  Telephone:  (303) 844-1000
   Facsimile:  (303) 844-1068
5

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8
                         SAN JOSE DIVISION
9
                                                *E-FILED - 4/13/06*
10 _____
   SECURITIES AND EXCHANGE            :   Case Number C-05-3843 RMW
11 COMMISSION,                        :
        Plaintiff,                    :
12                                    :
                                      :   JOINT STIPULATION AND
13 v.                                 :     ORDER
                                      :   EXTENDING DATE
14                                    :   FOR RESPONSE TO
   KEITH G. BAXTER,                   :   INTERROGATORIES
15 RONALD J. GOEDDE,                  :
   RICHARD D. NYE,                    :
16 ROBERT E. ELLINGTON,               :
   ANTHONY W. O'DELL                  :
17                                    :
                                      :
18 Defendants.                        :
   _____:
19

20
           This stipulation is entered into by the plaintiff, Securities and Exchange Commission and
21
   the defendants, Keith G. Baxter, Ronald J. Goedde, and Richard D. Nye, through their attorneys.
22
           WHEREAS the Case Management Scheduling Order in this matter provides that answers
23
   to interrogatories shall be due April 15, 2006.
24
           WHEREAS Pursuant to Local Rules 6-1(b) and 6-2 the plaintiff has requested and the
25
   defendants have agreed and stipulate that answers and objections to interrogatories shall be due
26
   on May 1, 2006.  The reason for this request for an enlargement of time is that a representative of
27

28

Joint Stipulation and  Order Extending Date for Response To Interrogatories
Case No. C-05-3843-RMW

the SEC who was responsible for responding to interrogatories has been injured in a skiing accident and required surgery making it impossible for that individual to work.

  WHEREAS there have been no previous requested extensions of time and the requested extension of time will not effect any other deadlines in the scheduling order.

  THEREFORE, the parties, hereby jointly submit this proposed order to the Court to amend the Case Management Scheduling Order as follows:

  1. Answers and objections to Interrogatories shall be due on May 1, 2006.

Respectfully submitted April 5, 2006

s/
_____
Robert M. Fusfeld  for Plaintiff SEC

s/
_____
Grant P. Fondo  for Defendants Baxter and Goedde
       (pursuant to express authorization)

s/
_____
Walter Brown  for Defendant Nye
      (pursuant to express authorization)

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated, __4/13_____, 2006,

/s/ Ronald M. Whyte_____
The Honorable Ronald M. Whyte,
United States District Judge

2
Joint Stipulation and Order Extending Date for Response To Interrogatories
Case No. C-05-3843-RMW