COOLEY GODWARD LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
LAURA R. SMITH (205159) (laura.smith@cooley.com)
MONIQUE R. SHERMAN (227494) (msherman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants
KEITH G. BAXTER and RONALD J. GOEDDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 5/18/06*

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KEITH G. BAXTER, RONALD J. GOEDDE, RICHARD D. NYE, ROBERT E. ELLINGTON, ANTHONY W. O'DELL,<br><br>Defendants. | Case No.  C-05-03843-RMW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT** |

    This Stipulation is entered into by and among plaintiff, the Securities and Exchange Commission ("SEC"), and defendants Keith G. Baxter ("Baxter"), Ronald J. Goedde ("Goedde"), and Richard D. Nye ("Nye") (collectively, "Defendants") through their respective attorneys of record.

    WHEREAS, pursuant to the Court's April 7, 2006 Order, the SEC filed its Amended Complaint against Keith G. Baxter, Ronald J. Goedde, Richard D. Nye, Robert E. Ellington and Anthony W. O'Dell on May 8, 2006;

    WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a), Defendants must file a response by May 18, 2006;

726718 v1/PA

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**
**CASE NO. C-05-03843-RMW**

WHEREAS, the SEC has agreed that Defendants may have additional time to answer, move to dismiss or otherwise respond to the Amended Complaint;

IT IS HEREBY STIPULATED by and between the undersigned and so ordered by the Court as follows:

1.  Defendants shall respond to the Amended Complaint on or before June 7, 2006; and

2.  Plaintiff shall file its brief in opposition to any motion to dismiss on or before July 7, 2006; and

3.  Defendants shall file their reply briefs in support of any motion to dismiss on or before July 21, 2006.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: May 11, 2006

Laura R. Smith
Cooley Godward LLP
Five Palo Alto Square, 3000 El Camino Real
Palo Alto, CA  94306

/s/
*Counsel for Defendants Keith G. Baxter and Ronald J. Goedde*

DATED: May 11, 2006

Susan D. Resley
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015

/s/
*Counsel for Defendant Richard D. Nye*

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

726718 v1/PA

2.

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT
CASE NO. C-05-03843-RMW**

DATED: May 11, 2006

Robert M. Fusfeld
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, Colorado 80202

/s/

*Counsel for Plaintiff Securities and Exchange Commission*

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: 5/18/06

/S/ RONALD M. WHYTE

Honorable Ronald M. Whyte
United States District Judge
Northern District of California

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

726718 v1/PA       3.

**STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO AMENDED COMPLAINT
CASE NO. C-05-03843-RMW**