COOLEY GODWARD LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
LAURA R. SMITH (205159) (laura.smith@cooley.com)
MONIQUE R. SHERMAN (227494) (msherman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:  (650) 843-5000
Facsimile:  (650) 849-7400

Attorneys for Defendant
RONALD J. GOEDDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 5/25/06*

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KEITH G. BAXTER, RONALD J. GOEDDE, RICHARD D. NYE, ROBERT E. ELLINGTON, ANTHONY W. O'DELL,<br><br>Defendants. | Case No. C-05-03843-RMW<br><br>STIPULATION AND [PROPOSED] ORDER TO STAY DEFENDANT RONALD J. GOEDDE'S RESPONSE TO SEC'S AMENDED COMPLAINT |

This Stipulation is entered into by and among plaintiff, the Securities and Exchange Commission ("SEC"), and defendant Ronald J. Goedde ("Goedde"), through their respective attorneys of record.

WHEREAS, pursuant to the Court's April 7, 2006 Order, the SEC filed its Amended Complaint against Keith G. Baxter, Ronald J. Goedde, Richard D. Nye, Robert E. Ellington and Anthony W. O'Dell on May 8, 2006;

WHEREAS, pursuant to a stipulation and the Court's order dated May 18, 2006, Goedde must respond to the Amended Complaint by June 7, 2006;

WHEREAS, the staff of the Enforcement Division of the SEC and Goedde have reached

an agreement in principle to settle the claims against Goedde, subject to final approval by the SEC;

WHEREAS, the SEC and Goedde agree to stay Goedde's response to the SEC's Amended Complaint until August 22, 2006, to allow for the final approval of the settlement by the SEC;

IT IS HEREBY STIPULATED by and between the undersigned and so ordered by the Court as follows:

1. Goedde's response to the Amended Complaint shall be stayed until August 22, 2006 and;

2. The parties to this stipulation shall inform the Court of the status of the settlement by August 10, 2006.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: May 22, 2006

Grant P. Fondo
Cooley Godward LLP
Five Palo Alto Square, 3000 El Camino Real
Palo Alto, CA 94306

/s/
**Counsel for Defendant Ronald J. Goedde**

DATED: May 22, 2006

Robert M. Fusfeld
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, Colorado 80202

/s/
**Counsel for Plaintiff**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: 5/25/06

/S/ RONALD M. WHYTE

Honorable Ronald M. Whyte
United States District Judge
Northern District of California

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

727658 v1/PA

2.

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-05-3843 RMW