```
COOLEY GODWARD LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
LAURA R. SMITH (205159) (laura.smith@cooley.com)
MONIQUE R. SHERMAN (227494) (msherman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400
```

Attorneys for Defendant
KEITH G. BAXTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/19/06*

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KEITH G. BAXTER, RONALD J. GOEDDE, RICHARD D. NYE, ROBERT E. ELLINGTON, ANTHONY W. O'DELL,<br><br>Defendants. | Case No.  C-05-03843-RMW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT** |

This Stipulation is entered into by and among plaintiff, the Securities and Exchange Commission ("SEC"), and defendants Keith G. Baxter ("Baxter") and Richard D. Nye ("Nye") (collectively, "Defendants") through their respective attorneys of record.

WHEREAS, pursuant to the Court's April 7, 2006 Order, the SEC filed its Amended Complaint on May 8, 2006;

WHEREAS, pursuant to the Court's May 18, 2006 Order, Defendants must file a response to the Amended Complaint by June 7, 2006;

WHEREAS, pursuant to the parties' stipulation filed with the Court on May 31, 2006, Defendants must file a response to the Amended Complaint by June 16, 2006;

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

729122 v1/PA

STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO AMENDED COMPLAINT
CASE NO. C-05-03843-RMW

1    WHEREAS, Defendants have requested and Plaintiff has agreed that Defendants may have additional time to answer, move to dismiss or otherwise respond to the Amended Complaint;

IT IS HEREBY STIPULATED by and between the undersigned and so ordered by the Court as follows:

1. Defendants shall move to dismiss or otherwise respond to the Amended Complaint on or before July 7, 2006; and

2. Plaintiff shall file its brief in opposition to any motion to dismiss on or before August 8, 2006; and

3. Defendants shall file their reply briefs in support of any motion to dismiss on or before August 22, 2006.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: June 8, 2006

Laura R. Smith
Cooley Godward LLP
Five Palo Alto Square, 3000 El Camino Real
Palo Alto, CA  94306

_____/s/_____
**Counsel for Defendant Keith G. Baxter**

DATED: June 8, 2006

Susan D. Resley
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015

_____/s/_____
**Counsel for Defendant Richard D. Nye**

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

729122 v1/PA

2.

STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO AMENDED COMPLAINT
CASE NO. C-05-03843-RMW

| | |
|---|---|
| DATED:  June 8, 2006 | Robert M. Fusfeld<br>Securities and Exchange Commission<br>1801 California Street, Suite 1500<br>Denver, Colorado 80202<br><br>_____/s/_____<br>***Counsel for Plaintiff Securities and Exchange Commission*** |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED:  6/19/06

/s/ Ronald M. Whyte
Honorable Ronald M. Whyte
United States District Judge
Northern District of California

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

729122 v1/PA

3.

STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO AMENDED COMPLAINT
CASE NO. C-05-03843-RMW