```
COOLEY GODWARD LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
LAURA R. SMITH (205159) (laura.smith@cooley.com)
MONIQUE R. SHERMAN (227494) (msherman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:     (650) 849-7400

Attorneys for Defendant
KEITH G. BAXTER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 7/7/06*

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KEITH G. BAXTER, RONALD J. GOEDDE, RICHARD D. NYE, ROBERT E. ELLINGTON, ANTHONY W. O'DELL,<br><br>Defendants. | Case No.  C-05-03843-RMW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT** |

This Stipulation is entered into by and among plaintiff, the Securities and Exchange Commission ("SEC"), and defendants Keith G. Baxter ("Baxter") and Richard D. Nye ("Nye") (collectively, "Defendants") through their respective attorneys of record.

WHEREAS, pursuant to the Court's April 7, 2006 Order, the SEC filed its Amended Complaint on May 8, 2006;

WHEREAS, pursuant to the Court's June 19, 2006 Order, Defendants must file a response to the Amended Complaint by July 7, 2006;

WHEREAS, Defendants have requested and Plaintiff has agreed that Defendants may have additional time answer, move to dismiss or otherwise respond to the Amended Complaint;

731177 v1/PA

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO AMENDED COMPLAINT
CASE NO. C-05-03843-RMW

1     IT IS HEREBY STIPULATED by and between the undersigned and so ordered by the Court as follows:

    1.    Defendants shall respond to the Amended Complaint on or before July 21, 2006; and

    2.    Plaintiff shall file its brief in opposition to any motion to dismiss on or before August 22, 2006; and

    3.    Defendants shall file their reply briefs in support of any motion to dismiss on or before September 8, 2006.

IT IS SO STIPULATED.

                                                              Respectfully submitted,

DATED: July 7, 2006                           Laura R. Smith
                                                              Cooley Godward LLP
                                                               Five Palo Alto Square, 3000 El Camino Real
                                                              Palo Alto, CA  94306

                                                               /s/
                                                              **Counsel for Defendant Keith G. Baxter**

DATED: July 7, 2006                           Susan D. Resley
                                                              Orrick, Herrington & Sutcliffe LLP
                                                              1000 Marsh Road
                                                              Menlo Park, CA 94025-1015

                                                              /s/
                                                              **Counsel for Defendant Richard D. Nye**

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

731177 v1/PA           2.           STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO AMENDED COMPLAINT
CASE NO. C-05-03843-RMW

| | |
|---|---|
| DATED: July 7, 2006 | Thomas J. Krysa<br>Securities and Exchange Commission<br>1801 California Street, Suite 1500<br>Denver, Colorado 80202 |
| | /s/<br>***Counsel for Plaintiff Securities and Exchange Commission*** |

THE FOREGOING STIPULATION IS
APPROVED AND IS SO ORDERED.   No further continuances.

DATED:  7/7/06                              /s/ Ronald M. Whyte
                                            Honorable Ronald M. Whyte
                                            United States District Judge
                                            Northern District of California

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

731177 v1/PA                3.           STIPULATION AND ORDER EXTENDING TIME
                                         TO RESPOND TO AMENDED COMPLAINT
                                         CASE NO. C-05-03843-RMW