THOMAS J. KRYSA (krysat@sec.gov) Colorado Bar No. 28440
ELIZABETH E. KRUPA (krupae@sec.gov) Colorado Bar No. 26028
Attorneys for U.S. Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, Colorado 80202
Telephone: (303) 844-1000
Facsimile: (303) 844-1068

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/22/06*

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> KEITH G. BAXTER, <br> RONALD J. GOEDDE, <br> RICHARD D. NYE, <br> ROBERT E. ELLINGTON, <br> ANTHONY W. O'DELL, <br><br> Defendants. | Case No.: C-05-03843-RMW <br><br> STIPULATION AND [] ORDER TO EXTEND STAY OF DEFENDANT RONALD J. GOEDDE'S RESPONSE TO AMENDED COMPLAINT |

This stipulation is entered into by and among plaintiff, the Securities and Exchange Commission ("SEC"), and Defendant Ronald J. Goedde ("Goedde"), through their attorneys of record.

WHEREAS, on May 8, 2006, the SEC filed its Amended Complaint in this action. Pursuant to the parties' stipulation and the Court's order dated May 25, 2006, Goedde currently must respond to the Amended Complaint by August 22, 2006. (Document No. 53).

WHEREAS, the parties need additional time for the SEC Commissioners in Washington, D.C. to consider a proposed settlement with Goedde. The parties estimate that SEC

1  Commissioners will consider Goedde's settlement by September 22, 2006.

2  WHEREAS, the SEC and Goedde agree to extend the stay for Goedde's response to the
3  SEC's Amended Complaint until September 27, 2006, to allow time for the SEC Commissioners
4  to consider the Goedde settlement.

5  Based on the foregoing, IT IS HEREBY STIPULATED by and between the undersigned
6  and so ordered by the Court as follows:

7  1. Goedde's response to the Amended Complaint shall be stayed until September 27,
8  2006; and
9  2. The parties to this stipulation shall inform the Court of the status of the settlement
10  by September 25, 2006.

11  IT IS SO STIPULATED:

Respectfully submitted:

DATED: August 10, 2006       /s/
Thomas J. Krysa
U.S. Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202
Counsel for Plaintiff


DATED: August 10, 2006       /s/
Grant P. Fondo
Cooley Godward LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306
Counsel for Defendant Ronald J. Goedde

1 | THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

2

3 | DATED:___8/22/06_____       _/s/ Ronald M. Whyte_____
4 |                                                                          Honorable Ronald M. Whyte
                                                                             Unites States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Certificate of Service

I hereby certify that on August 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Walter F. Brown, Jr. – wbrown@orrick.com
Grant P. Fondo – grondo@cooley.com
Susan D. Resley – sresley@orrick.com
Amy M. Ross – aross@orrick.com

/s/ _____

Thomas J. Krysa