1  THOMAS J. KRYSA (krysat@sec.gov) Colorado Bar No. 28440
   ELIZABETH E. KRUPA (krupae@sec.gov) Colorado Bar No. 26028
2  Attorneys for U.S. Securities and Exchange Commission
3  1801 California Street, Suite 1500
   Denver, Colorado 80202
4  Telephone:  (303) 844-1000
   Facsimile:  (303) 844-1068
5
                    UNITED STATES DISTRICT COURT
6
                    NORTHERN DISTRICT OF CALIFORNIA
7
                         SAN JOSE DIVISION                *E-FILED - 8/22/06*
8

9  ─────────────────────────────────────────
                                           :  Case No.: C-05-03843-RMW
10 SECURITIES AND EXCHANGE COMMISSION,     :
                                           :  STIPULATION AND
11 Plaintiff,                              :  [] ORDER
                                           :  EXTENDING TIME TO FILE
12      v.                                 :  PLAINTIFF'S BRIEF IN
                                           :  OPPOSITION TO
13 KEITH G. BAXTER,                        :  DEFENDANT KEITH G.
   RONALD J. GOEDDE,                       :  BAXTER'S MOTION TO
14 RICHARD D. NYE,                         :  DISMISS THE AMENDED
   ROBERT E. ELLINGTON,                    :  COMPLAINT
15 ANTHONY W. O'DELL,                      :
                                           :
16                                         :
   Defendants.                             :
17                                         :
   ─────────────────────────────────────────
18
19      This stipulation is entered into by and among plaintiff, the Securities and Exchange
20 Commission ("SEC"), and Defendant Keith G. Baxter ("Baxter"), through their attorneys of
21 record.
22      WHEREAS, on July 21, 2006, Baxter filed his motion to dismiss the Amended
23 Complaint.  (Document No. 63).
24      WHEREAS, pursuant to the Court's order dated July 7, 2006, the SEC has until August
25 22, 2006 to file its brief in opposition to Baxter's motion to dismiss, and Baxter until September
26 8, 2006 to file his reply.  (Document No. 62).

1   WHEREAS, the SEC and Baxter have discussed a proposed settlement which will be
2   submitted to the SEC Commissioners for their consideration. The parties estimate that the SEC
3   Commissioners will consider the proposal by September 22, 2006.
4   WHEREAS, the parties agree to extend the time for filing the SEC's brief in opposition
5   to Baxter's motion to dismiss and Baxter's reply until the SEC Commissioners have considered
6   the proposed settlement.
7   Based on the foregoing, IT IS HEREBY STIPULATED by and between the undersigned
8   and so ordered by the Court as follows:
9   1.   The SEC's brief in opposition to Baxter's motion to dismiss shall be filed on or
10       before September 27, 2006; and
11  2.   Defendant Baxter shall file his reply brief in support of his motion to dismiss on
12       or before October 13, 2006.
13  IT IS SO STIPULATED:
14                                           Respectfully submitted:
15
16  DATED: August 10, 2006                   /s/
                                             Thomas J. Krysa
17                                           U.S. Securities and Exchange Commission
                                             1801 California Street, Suite 1500
18                                           Denver, CO  80202
                                             Counsel for Plaintiff
19
20
21  DATED: August 10, 2006                   /s/
                                             Grant P. Fondo
22                                           Cooley Godward LLP
                                             Five Palo Alto Square
23                                           3000 El Camino Real
                                             Palo Alto, CA  94306
24                                           Counsel for Defendant Keith G. Baxter
25
26

1 THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

2

3 DATED:  8/22/06                                              /s/ Ronald M. Whyte

4                                                                                 Honorable Ronald M. Whyte
Unites States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation and Order
Case No. C-05-3843 RMW

<u>Certificate of Service</u>

I hereby certify that on August 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Walter F. Brown, Jr. – wbrown@orrick.com
Grant P. Fondo – grondo@cooley.com
Susan D. Resley – sresley@orrick.com
Amy M. Ross – aross@orrick.com

/s/ _____

Thomas J. Krysa