COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
LAURA R. SMITH (205159) (laura.smith@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 849-7400

Attorneys for Defendants
KEITH G. BAXTER and RONALD J. GOEDDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/17/06*

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KEITH G. BAXTER, RONALD J. GOEDDE, RICHARD D. NYE, ROBERT E. ELLINGTON, ANTHONY W. O'DELL,<br><br>Defendants. | Case No.  C-05-03843-RMW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO DESIGNATE EXPERT WITNESSES** |

This Stipulation is entered into by and among plaintiff, the Securities and Exchange Commission ("SEC"), and defendants Keith G. Baxter ("Baxter"), Ronald J. Goedde ("Goedde"), and Richard D. Nye ("Nye") (collectively, "Defendants") through their respective attorneys of record.

WHEREAS, the deadline for the parties to designate expert witnesses is currently September 29, 2006;

WHEREAS, Defendants Baxter and Goedde have been in extensive settlement discussions with the SEC;

1   WHEREAS, on September 21, 2006, the Commission of the SEC approved a proposed
2   settlement between the SEC and Defendant Goedde;
3   WHEREAS, Defendant Baxter and the SEC continue to discuss settlement; and
4   WHEREAS, all parties have agreed that the parties may have additional time to designate
5   expert witnesses;
6   IT IS HEREBY STIPULATED by and between the undersigned and so ordered by the
7   Court as follows:
8       1.    All parties shall designate all expert witnesses on or before November 3, 2006.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: September 28, 2006

Laura R. Smith
Cooley Godward Kronish LLP
Five Palo Alto Square, 3000 El Camino Real
Palo Alto, CA  94306

/s/
*Counsel for Defendants Keith G. Baxter and Ronald J. Goedde*

DATED: September 28, 2006

Susan D. Resley
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015

/s/
*Counsel for Defendant Richard D. Nye*

DATED: September 28, 2006

Thomas J. Krysa
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, Colorado 80202

/s/
*Counsel for Plaintiff Securities and Exchange Commission*

1
2  THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.
3  DATED: ____10/17/06_____  _/s/ Ronald M. Whyte_____
4  Honorable Ronald M. Whyte
   United States District Judge
5  Northern District of California

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

737728/PA                                3.