1  WALTER F. BROWN, JR. (STATE BAR NO. 130248)
   SUSAN D. RESLEY (STATE BAR NO. 161808)
2  ERIC HAIRSTON (STATE BAR NO. 229892)
   RANDALL S. LUSKEY (STATE BAR NO. 240915)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:   415-773-5700
   Facsimile:    415-773-5759
6
   Attorneys for Defendant
7  Richard A. Nye

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION          *E-FILED - 11/17/06*
11

12
   SECURITIES AND EXCHANGE            Case No.  C 05 3843 RMW
13 COMMISSION,
                                      **JOINT STIPULATION AND
14           Plaintiff,                [] ORDER EXTENDING
                                      DISCOVERY DEADLINE**
15      v.

16 KEITH G. BAXTER, RONALD J. GOEDDE,
   RICHARD D. NYE, ROBERT E.
17 ELLINGTON and ANTHONY W. O'DELL,

18           Defendants.

19

20

21

22

23

24

25

26

27

28

OHS West:260122974.1

1  This Stipulation is entered into by and among plaintiff, the Securities and Exchange Commission ("SEC"), and defendants Keith G. Baxter and Richard D. Nye (collectively, "Defendants"), through their respective attorneys of record.

WHEREAS pursuant to the Court's March 1, 2006 Case Management Scheduling Order, the Fact Discovery cutoff is currently December 8, 2006;

WHEREAS, Plaintiff and Defendants have agreed to extend the deadline for discovery from December 8, 2006 to January 19, 2007, to accommodate the availabilities of certain party and non-party witnesses.

NOW THEREFORE, all parties shall complete all fact discovery by no later than January 19, 2007.

IT IS SO STIPULATED

Respectfully submitted,

| | | |
|---|---|---|
| 1 | Dated: November 13, 2006 | WALTER F. BROWN, JR. |
| 2 | | SUSAN D. RESLEY |
| | | ERIC HAIRSTON |
| 3 | | RANDALL S. LUSKEY |
| | | Orrick, Herrington & Sutcliffe LLP |
| 4 | | The Orrick Building |
| | | 405 Howard Street |
| 5 | | San Francisco, California 94105 |
| | | Telephone: (415) 773-5700 |
| 6 | | Facsimile: (415) 773-5759 |

                                        By \\s\\ (w/express authorization)
                                        Walter F. Brown, Jr.
                                        Attorneys for Defendant
                                        Richard A. Nye

Dated: November 13, 2006            GRANT P. FONDO
                                    Cooley Godward LLP
                                    Palo Alto Campus, Hanover Bldg.
                                    3175 Hanover Street
                                    Palo Alto, CA 94304-1130
                                    Telephone: (650) 843-5228
                                    Facsimile: (650) 849-7400

                                        By \\s\\ (w/express authorization)
                                        Grant P. Fondo
                                        Attorneys for Defendant Keith G. Baxter

Dated: November 13, 2006            THOMAS J. KRYSA
                                    SECURITIES AND EXCHANGE
                                    COMMISSION
                                    1801 California Street, Suite 1500
                                    Denver, CO  80202
                                    Telephone:  (303) 844-1000
                                    Facsimile:    (303)844-1068

                                        By \\s\\ (w/express authorization)
                                        Thomas J. Krysa
                                        Attorneys for Plaintiff United States Securities and
                                        Exchange Commission

2

JOINT STIPULATION AND [] ORDER EXTENDING DISCOVERY DEADLINE– Master File No. C 05 3843 RMW
OHS West:260122974.1

I, Randy Luskey, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: November 13, 2006                              /S/
                                                Randall S. Luskey

\* \* \*

**[] ORDER**

IT IS SO ORDERED:

Dated: ____11/17/06_____                /s/  Ronald M. Whyte

THE HONORABLE RONALD M. WHYTE, UNITED STATES DISTRICT COURT JUDGE

3
JOINT STIPULATION AND [] ORDER EXTENDING DISCOVERY DEADLINE– Master File No. C 05 3843 RMW
OHS West:260122974.1