RECEIVED

DEC 5 '06

U.S. ...
NO. ...

1  WALTER F. BROWN, JR. (STATE BAR NO. 130248)
   SUSAN D. RESLEY (STATE BAR NO. 161808)
2  ERIC HAIRSTON (STATE BAR NO. 229892)
   RANDALL S. LUSKEY (STATE BAR NO. 240915)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone:   415-773-5700
   Facsimile:   415-773-5759
6
   Attorneys for Defendant
7  Richard A. Nye

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN JOSE DIVISION
11

12
   SECURITIES AND EXCHANGE            Case No. C 05 3843 RMW
13 COMMISSION,
                                      JOINT STIPULATION AND
14         Plaintiff,                 [PROPOSED] ORDER CONTINUING
                                      SETTLEMENT CONFERENCE
15      v.                            DATE

16 KEITH G. BAXTER, RONALD J. GOEDDE, Date: December 13, 2006
   RICHARD D. NYE, ROBERT E.          Time: 10:00 a.m.
17 ELLINGTON and ANTHONY W. O'DELL,   Magistrate Judge: Hon. Patricia Trumbull

18         Defendants.

1  This Stipulation is entered into by and among plaintiff, the Securities and Exchange
2  Commission ("SEC"), and defendant Richard D. Nye, through their respective attorneys of record.
3
4  WHEREAS pursuant to the Court's September 25, 2006 Scheduling Order, the next
5  settlement conference in this matter is currently scheduled for December 13, 2006;
6
7  WHEREAS, Plaintiff and defendant Keith Baxter have reached a settlement in principle
8  which is awaiting approval by the SEC;
9
10 WHEREAS, counsel for the SEC and Mr. Nye have continued informal settlement
11 discussions, but neither party has changed its position regarding settlement since the September 25,
12 2006 settlement conference;
13
14 WHEREAS, the parties agreed and the Court granted an extension of discovery deadlines
15 until January 19, 2007; and
16
17 WHEREAS, counsel for the SEC and Mr. Nye agree that completion of discovery prior to
18 any further settlement conference would allow for a more informed and productive discussion
19 regarding the appropriate disposition of the case;
20
21 NOW THEREFORE, the parties agree that the December 13, 2006 settlement conference
22 shall be continued to February 21, 2007, or at such time as ordered by the Court.

1

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE- Master File No. C 05 3843 RMW
OHS West:260137177.1
16781-2001

IT IS SO STIPULATED

Respectfully submitted,

Dated: December 5, 2006

WALTER F. BROWN, JR.
SUSAN D. RESLEY
ERIC HAIRSTON
RANDALL S. LUSKEY
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

_____
Susan D. Resley
Attorneys for Defendant
Richard A. Nye

Dated: December 5, 2006

THOMAS J. KRYSA
SECURITIES AND EXCHANGE
COMMISSION
1801 California Street, Suite 1500
Denver, CO 80202
Telephone: (303) 844-1000
Facsimile: (303) 844-1068

_____
Thomas J. Krysa
Attorneys for Plaintiff United States Securities and
Exchange Commission

2

IT IS SO STIPULATED

Respectfully submitted,

Dated: December 5, 2006

WALTER F. BROWN, JR.
SUSAN D. RESLEY
ERIC HAIRSTON
RANDALL S. LUSKEY
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

_____
Susan D. Resley
Attorneys for Defendant
Richard A. Nye

Dated: December 5, 2006

THOMAS J. KRYSA
SECURITIES AND EXCHANGE
COMMISSION
1801 California Street, Suite 1500
Denver, CO 80202
Telephone: (303) 844-1000
Facsimile: (303) 844-1068

_____
Thomas J. Krysa
Attorneys for Plaintiff United States Securities and
Exchange Commission

IT IS SO ORDERED:

/s/ Patricia V. Trumbull
PATRICIA V. TRUMBULL
U.S. MAGISTRATE JUDGE
DATE: 12/6/06