COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
LAURA R. SMITH (205159) (laura.smith@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendant
KEITH G. BAXTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 12/7/06*

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KEITH G. BAXTER, RONALD J. GOEDDE, RICHARD D. NYE, ROBERT E. ELLINGTON, ANTHONY W. O'DELL,<br><br>Defendants. | Case No.  C-05-03843-RMW<br><br>**STIPULATION AND [] ORDER EXTENDING TIME TO DESIGNATE EXPERT WITNESSES** |

This Stipulation is entered into by and among plaintiff, the Securities and Exchange Commission ("SEC"), and defendants Keith G. Baxter ("Baxter") and Richard D. Nye ("Nye") (collectively, "Defendants") through their respective attorneys of record.

WHEREAS, on November 17, 2006 this court approved and granted a stipulated order extending the time for the parties to designate expert witnesses to the current deadline of December 1, 2006;

WHEREAS, Defendant Baxter continues to be in extensive settlement discussions with the SEC;

WHEREAS, Defendant Baxter and the SEC continue to discuss settlement; and

WHEREAS, all parties have agreed that the parties may have additional time to designate expert witnesses;

IT IS HEREBY STIPULATED by and between the undersigned and so ordered by the Court as follows:

1. All parties shall designate all expert witnesses on or before January 12, 2007.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: December 1, 2006

Laura R. Smith
Cooley Godward Kronish LLP
Five Palo Alto Square, 3000 El Camino Real
Palo Alto, CA  94306

/s/
***Counsel for Defendants Keith G. Baxter***

DATED: December 1, 2006

Susan D. Resley
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015

/s/
***Counsel for Defendant Richard D. Nye***

DATED: December 1, 2006

Thomas J. Krysa
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, Colorado 80202

/s/
***Counsel for Plaintiff Securities and Exchange Commission***

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: 12/7/06

/s/ Ronald M. Whyte
Honorable Ronald M. Whyte
United States District Judge
Northern District of California

737728/PA    2.    STIPULATION AND [] ORDER EXTENDING TIME
TO DESIGNATE EXPERT WITNESSES
C-05-03843-RMW