WALTER F. BROWN, JR. (STATE BAR NO. 130248)
SUSAN D. RESLEY (STATE BAR NO. 161808)
ERIC HAIRSTON (STATE BAR NO. 229892)
RANDY S. LUSKEY (STATE BAR NO. 240915)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   415-773-5700
Facsimile:    415-773-5759

Attorneys for Defendant
Richard A. Nye

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION         *E-FILED - 1/18/07*

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     v.<br><br>KEITH G. BAXTER, et al.<br><br>            Defendants. | Case No.  C 05 3843 RMW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DATES FOR EXPERT REPORTS AND DEPOSITIONS** |

This Stipulation is entered into by and among plaintiff, the Securities and Exchange Commission ("SEC"), and defendants Keith G. Baxter and Richard D. Nye (collectively, "Defendants"), through their respective attorneys of record.

WHEREAS, pursuant to the Court's March 1, 2006 Order, the parties are required to (1) designate expert witnesses by September 30, 2006; (2) exchange expert reports by January 12, 2007; (3) exchange rebuttal reports by February 12, 2007; and (4) complete expert depositions by March 5, 2007.

WHEREAS, on December 7, 2006 as a result of settlement discussions between the SEC and Defendant Baxter, the Court further continued the date for parties to designate expert witnesses from December 6, 2006 until January 12, 2007;

WHEREAS, the parties have agreed that the parties require additional time to complete expert discovery because the designation date was continued to January 12, 2007.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned and so ordered by the Court as follows:

1.     All initial expert reports pursuant to Fed. R. Civ. P. Rule 26(a)(2)(B) shall be exchanged by March 30, 2007.

2.     All rebuttal expert reports shall be exchanged by April 30, 2007.

3.     All expert depositions shall be completed by May 18, 2007.

Respectfully submitted,

Dated: January 4, 2007

SUSAN D. RESLEY
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401


By \\s\\ (w/express authorization)
Susan D. Resley
Attorney for Defendant
Richard D. Nye


Dated: January 4, 2007

GRANT P. FONDO
LAURA R. SMITH
Cooley Godward LLP
Palo Alto Campus, Hanover Bldg.
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5228
Facsimile: (650) 849-7400


By \\s\\ (w/express authorization)
Grant P. Fondo
Attorneys for Defendant Keith G. Baxter


Dated: January 4, 2007

THOMAS J. KRYSA
SECURITIES AND EXCHANGE
COMMISSION
1801 California Street, Suite 1500
Denver, CO  80202
Telephone: (303) 844-1000
Facsimile:   (303)844-1068


By \\s\\ (w/express authorization)
Thomas J. Krysa
Attorneys for Plaintiff United States Securities and
Exchange Commission

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DATES FOR EXPERT REPORTS AND DEPOSITIONS
– Master File No. C 05 3843 RMW                                    2

\* \* \*

[PROPOSED] ORDER

IT IS SO ORDERED:

Dated: 1/18/07

*Ronald M. Whyte*

THE HONORABLE RONALD M. WHYTE,
UNITED STATES DISTRICT COURT JUDGE
FOR THE NORTHERN DISTRICT OF
CALIFORNIA