FEB 14 '07

1  WALTER F. BROWN, JR. (STATE BAR NO. 130248)
   SUSAN D. RESLEY (STATE BAR NO. 161808)
2  ERIC HAIRSTON (STATE BAR NO. 229892)
   RANDALL S. LUSKEY (STATE BAR NO. 240915)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone:  415-773-5700
   Facsimile:  415-773-5759
6
   Attorneys for Defendant
7  Richard A. Nye

8
               UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN JOSE DIVISION
11

12
   SECURITIES AND EXCHANGE                Case No. C 05 3843 RMW
13 COMMISSION,
                                          JOINT STIPULATION AND
14              Plaintiff,                [PROPOSED] ORDER CONTINUING
                                          SETTLEMENT CONFERENCE
15         v.                             DATE

16 KEITH G. BAXTER, RONALD J. GOEDDE,     Date: February 21, 2007
   RICHARD D. NYE, ROBERT E.              Time: 10:00 a.m.
17 ELLINGTON and ANTHONY W. O'DELL,       Magistrate Judge: Hon. Patricia Trumball

18              Defendants.

OHS West:260137177.1
16781-2001

1      This Stipulation is entered into by and among plaintiff, the Securities and Exchange

2  Commission ("SEC"), and defendant Richard D. Nye, through their respective attorneys of record.

3

4      WHEREAS, the next settlement conference in this matter is currently scheduled for February

5  21, 2007;

6

7      WHEREAS, counsel for the SEC and Mr. Nye have continued informal settlement

8  discussions, but neither party has changed its position regarding settlement since the September 25,

9  2006 settlement conference;

10

11      WHEREAS, expert discovery in this matter is scheduled to conclude on May 15, 2007; and

12      WHEREAS, counsel for the SEC and Mr. Nye agree that completion of expert discovery

13  prior to any further settlement conference would allow for a more informed and productive

14  discussion regarding the appropriate disposition of the case;

15

16      NOW THEREFORE, the parties agree that the February 21, 2007 settlement conference shall

17  be continued to [at 10:00 A.M. on] May 30, 2007, or at such time as ordered by the Court.

18

19      IT IS SO STIPULATED

20

21                                      Respectfully submitted,

22
23
24
25
26
27
28

1

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE– Master File No. C 05 3843 RMW
OHS West:260137177.1
16781-2001

| | | |
|---|---|---|
| 1 | Dated: February 13, 2007 | WALTER F. BROWN, JR |
| 2 | | SUSAN D. RESLEY |
| | | ERIC HAIRSTON |
| 3 | | RANDALL S. LUSKEY |
| | | Orrick, Herrington & Sutcliffe LLP |
| 4 | | The Orrick Building |
| | | 405 Howard Street |
| 5 | | San Francisco, California 94105 |
| | | Telephone: (415) 773-5700 |
| 6 | | Facsimile: (415) 773-5759 |

                                    E.M.H.
                            _____
                               Susan D. Resley
                            Attorneys for Defendant
                               Richard A. Nye

Dated: February 13, 2007        ELIZABETH KRUPA
                                SECURITIES AND EXCHANGE
                                COMMISSION
                                1801 California Street, Suite 1500
                                Denver, CO 80202
                                Telephone: (303) 844-1000
                                Facsimile: (303) 844-1068

                            _____
                                Elizabeth Krupa
                        Attorneys for Plaintiff United States Securities and
                                Exchange Commission

                                * * *

                            [~~PROPOSED~~] ORDER

IT IS SO ORDERED:

Dated: 2/14/07              _____
                            THE HONORABLE PATRICIA TRUMBULL,
                            UNITED STATES DISTRICT COURT
                            MAGISTRATE JUDGE

2

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE- Master File No. C 05 3843 RMW
OHS West:260137177.1
16781-2001