WALTER F. BROWN, JR. (STATE BAR NO. 130248)
SUSAN D. RESLEY (STATE BAR NO. 161808)
ERIC HAIRSTON (STATE BAR NO. 229892)
RANDY S. LUSKEY (STATE BAR NO. 240915)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     415-773-5700
Facsimile:     415-773-5759

Attorneys for Defendant
Richard D. Nye

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br><br>KEITH G. BAXTER, RONALD J. GOEDDE, RICHARD D. NYE, ROBERT E. ELLINGTON and ANTHONY W. O'DELL,<br><br>                    Defendants. | Case No.  C 05 3843 RMW<br><br>**JOINT STIPULATION AND** **[PROPOSED]** **ORDER EXTENDING DATES FOR TRIAL, DISPOSITIVE MOTIONS AND EXPERT REPORTS AND DEPOSITIONS**<br><br>**E-FILED: 3/21/07** |

This Stipulation is entered into by and among plaintiff, the Securities and Exchange Commission ("SEC"), and Richard D. Nye, through their respective attorneys of record.

WHEREAS, on March 1, 2006, the Court entered a Case Management Order setting a trial date of June 18, 2007, and setting the following deadlines:

The deadline for hearing dispositive motions is April 27, 2007.

Pretrial statements shall be filed June 1, 2007.

A final pretrial conference is scheduled for June 7, 2007.

WHEREAS, on May 8, 2006, the Commission filed an Amended Complaint in this action;

1   WHEREAS, Mr. Nye moved to dismiss the Amended Complaint on July 21, 2006 and

2   oral argument on the motion to dismiss was heard by the Court on September 22, 2006;

3   WHEREAS, the Court has not ruled on Mr. Nye's motion to dismiss and, as a result, Mr.

4   Nye has not filed an answer responding to any of the allegations;

5   WHEREAS, the parties have diligently litigated this action and have completed fact

6   discovery and disclosed experts;

7   WHEREAS, the parties agree that additional time is required to complete expert

8   discovery, which, pursuant to this Court's January 18, 2007 order is scheduled to be completed

9   by May 18, 2007;

10   WHEREAS, the parties agree that other dates, including the trial date, should be modified

11   since dispositive motions are presently scheduled to be completed prior to the end of expert

12   discovery and the parties believe that it would be more efficient for the parties and the Court if

13   expert discovery was completed before the filing of any dispositive motions and because no

14   ruling has been made on the motion to dismiss; and

15   WHEREAS, based on the parties' trial schedules, they have agreed on a modified pre-

16   trial and trial schedule.

17   IT IS HEREBY STIPULATED AND AGREED by and between the undersigned and so

18   ordered by the Court that relevant dates in this matter shall be re-set as follows:

19   1.   All initial expert reports pursuant to Fed. R. Civ. P. Rule 26(a)(2)(B) shall be

20   exchanged by April 30, 2007.

21   2.   All rebuttal expert reports shall be exchanged by May 30, 2007.

22   3.   All expert depositions shall be completed by June 30, 2007.

23   4.   All dispositive motions shall be filed by July 30, 2007.

24   5.   Trial of this matter shall begin on or around September 17, 2007, or as soon

25   thereafter as the Court's calendar permits.

26   ///

27   ///

28   ///

1    Dated: March 8, 2007                    Respectfully submitted,

2                                            SUSAN D. RESLEY
                                             ORRICK, HERRINGTON & SUTCLIFFE LLP
3

4
                                            _____/s/ (w/express authorization)_____
5                                                    Susan D. Resley
                                                   Attorney for Defendant
6                                                    Richard D. Nye

7

8    Dated: March 8, 2007                    THOMAS J. KRYSA
                                             SECURITIES AND EXCHANGE
9                                            COMMISSION

10                                          _____/s/ (w/express authorization)_____
                                                    Thomas J. Krysa
11                                     Attorneys for Plaintiff United States Securities and
                                                  Exchange Commission
12

13

14                              ~~PROPOSED~~ ORDER

15          IT IS SO ORDERED.

16   Dated:__3/21/07_____     ____*Ronald M Whyte*_____
                                         The Honorable Ronald M. Whyte
17                                       United States District Court Judge for the Northern
                                         District of California
18

19

20

21

22

23

24

25

26

27

28