WALTER F. BROWN, JR. (STATE BAR NO. 130248)
SUSAN D. RESLEY (STATE BAR NO. 161808)
ERIC HAIRSTON (STATE BAR NO. 229892)
RANDALL S. LUSKEY (STATE BAR NO. 240915)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    415-773-5700
Facsimile:    415-773-5759

Attorneys for Defendant
Richard A. Nye

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. C 05 3843 RMW |
| Plaintiff, | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SETTLEMENT CONFERENCE DATE** AS MODIFIED BY THE COURT |
| v. | Date: May 30, 2007 |
| KEITH G. BAXTER, RONALD J. GOEDDE, RICHARD D. NYE, ROBERT E. ELLINGTON and ANTHONY W. O'DELL, | Time: 10:00 a.m.<br>Magistrate Judge: Hon. Patricia Trumball |
| Defendants. | |

OHS West:260230996.1

This Stipulation is entered into by and among plaintiff, the Securities and Exchange Commission ("SEC"), and defendant Richard D. Nye, through their respective attorneys of record.

WHEREAS, the next settlement conference in this matter is currently scheduled for May 30, 2007;

WHEREAS, counsel for the SEC and Mr. Nye have continued informal settlement discussions, but neither party has changed its position regarding settlement since the September 25, 2006 settlement conference;

WHEREAS, expert discovery in this matter is scheduled to conclude on June 30, 2007; and

WHEREAS, counsel for the SEC and Mr. Nye agree that completion of expert discovery prior to any further settlement conference would allow for a more informed and productive discussion regarding the appropriate disposition of the case;

NOW THEREFORE, the parties agree that the May 30, 2007 settlement conference shall be continued to July 18, 2007, or at such time as ordered by the Court.

IT IS SO STIPULATED

Respectfully submitted,

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE– Master File No. C 05 3843 RMW
OHS West:260230996.1

Dated: May 14, 2007

WALTER F. BROWN, JR
SUSAN D. RESLEY
ERIC HAIRSTON
RANDALL S. LUSKEY
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

_____
/ s /
Susan D. Resley
Attorneys for Defendant
Richard A. Nye

Dated:  May 14, 2007

ELIZABETH KRUPA
SECURITIES AND EXCHANGE
COMMISSION
1801 California Street, Suite 1500
Denver, CO  80202
Telephone:  (303) 844-1000
Facsimile:   (303)844-1068

_____
/ s /
Elizabeth Krupa
Attorneys for Plaintiff United States Securities and
Exchange Commission

\* \* \*

**[PROPOSED] ORDER**

The settlement conference is continued to 10:00 a.m. on July 25, 2007.  Settlement conference
statements are due July 18, 2007

IT IS SO ORDERED:

Dated:  May 22, 2007
_____

THE HONORABLE PATRICIA TRUMBULL,
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

2