| | |
|---|---|
| 1 | WALTER F. BROWN, JR. (STATE BAR NO. 130248) |
| 2 | SUSAN D. RESLEY (STATE BAR NO. 161808) |
|   | ERIC HAIRSTON (STATE BAR NO. 229892) |
| 3 | RANDY S. LUSKEY (STATE BAR NO. 240915) |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 4 | The Orrick Building |
|   | 405 Howard Street |
| 5 | San Francisco, CA  94105-2669 |
|   | Telephone:   415-773-5700 |
| 6 | Facsimile:    415-773-5759 |
| 7 | Attorneys for Defendant |
|   | Richard D. Nye |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

***E-FILED - 6/6/07***

| SECURITIES AND EXCHANGE COMMISSION, | Case No.  C 05 3843 RMW |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND [] ORDER CONTINUING PRETRIAL CONFERENCE DATE** |
| v. | |
| KEITH G. BAXTER, RONALD J. GOEDDE, RICHARD D. NYE, ROBERT E. ELLINGTON and ANTHONY W. O'DELL, | Pre-Trial Conference Date: June 7, 2007 |
| | Time:       10:00 a.m. |
| | Judge:     Hon. Ronald M. Whyte |
| Defendants. | |

OHS West:260237573.1

JOINT STIPULATION AND [] ORDER
CONTINUING PRETRIAL CONFERENCE DATE
- MASTER FILE NO. C 05 3843 RMW

1  This Stipulation is entered into by and among plaintiff, the Securities and Exchange
2  Commission ("SEC"), and defendant Richard D. Nye, through their respective attorneys of
3  record.
4  WHEREAS, on March 1, 2006, the Court scheduled (1) the deadline for filing pretrial
5  statements for June 1, 2007 and (2) the pretrial conference in this matter for June 7, 2007;
6  WHEREAS, on March 21, 2007, the parties stipulated to a continuance of dates,
7  including the trial date, because, among other things, the Court has not ruled on Mr. Nye's
8  Motion to Dismiss the Amended Complaint, heard on September 22, 2006, and pursuant to the
9  stipulation, the Court continued the trial date to September 17, 2007; and
10 WHEREAS, the parties seek to continue the deadlines for filing a pretrial conference
11 statement and the pretrial conference since the trial date has now been continued to September
12 17, 2007.
13 NOW THEREFORE, the parties agree that:
14 1.   Pretrial Conference Statements shall be filed and served on August 30, 2007; and
15 2.   The pretrial conference shall take place on September 6, 2007 at 2:00 p.m., or at
16 such time as ordered by the Court.
17 IT IS SO STIPULATED.
18 Dated: May 21, 2007                    Respectfully submitted,

WALTER F. BROWN, JR
SUSAN D. RESLEY
ERIC HAIRSTON
RANDALL S. LUSKEY
ORRICK, HERRINGTON & SUTCLIFFE LLP


           / s / Susan D. Resley
             Susan D. Resley
    Attorneys for Defendant Richard A. Nye

26 ///
27 ///
28 ///

OHS West:260237573.1

JOINT STIPULATION AND [] ORDER
CONTINUING PRETRIAL CONFERENCE DATE
- MASTER FILE NO. C 05 3843 RMW

1  Dated: May 21, 2007

ELIZABETH E. KRUPA
THOMAS J. KRYSA
SECURITIES AND EXCHANGE COMMISSION

                                  / s / Elizabeth Krupa
Elizabeth Krupa
Attorneys for Plaintiff United States Securities and
Exchange Commission

\* \* \*

**[] ORDER**

IT IS SO ORDERED.

Dated: __6/6/07_____

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE,
UNITED STATES DISTRICT COURT JUDGE