1  WALTER F. BROWN, JR. (STATE BAR NO. 130248)
   SUSAN D. RESLEY (STATE BAR NO. 161808)
2  ERIC HAIRSTON (STATE BAR NO. 229892)
   RANDY S. LUSKEY (STATE BAR NO. 240915)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone:   415-773-5700
   Facsimile:   415-773-5759
6
   Attorneys for Defendant
7  Richard D. Nye

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION         *E-FILED - 7/11/07*

11

12 | SECURITIES AND EXCHANGE           | Case No.  C 05 3843 RMW
   | COMMISSION,                       |
13 |                                   | JOINT STIPULATION AND
   |            Plaintiff,             | [PROPOSED] ORDER EXTENDING
14 |                                   | DATES FOR TRIAL, PRETRIAL
   |      v.                           | CONFERENCE AND DISPOSITIVE
15 |                                   | MOTIONS
   | KEITH G. BAXTER, RONALD J. GOEDDE,|
16 | RICHARD D. NYE, ROBERT E.         |
   | ELLINGTON and ANTHONY W. O'DELL,  |
17 |                                   |
   |            Defendants.            |
18

19

20     This Stipulation is entered into by and among plaintiff, the Securities and Exchange

21 Commission ("SEC"), and Richard D. Nye, through their respective attorneys of record.

22     WHEREAS, on March 21, 2007 and June 6, 2007, the Court entered Orders pursuant to

23 stipulation of the parties setting the following respective deadlines:

24     1.   All initial expert reports pursuant to Fed. R. Civ. P. Rule 26(a)(2)(B) shall be

25          exchanged by April 30, 2007;

26     2.   All rebuttal expert reports shall be exchanged by May 30, 2007;

27     3.   All expert depositions shall be completed by June 30, 2007;

28     4.   All dispositive motions shall be filed by July 30, 2007;

| | | |
|---|---|---|
|1| 5. | Pretrial Conference Statements shall be filed and served on August 30, 2007; |
|2| 6. | The pretrial conference shall take place on September 6, 2007 at 2:00 p.m., or at |
|3| | such time as ordered by the Court; and |
|4| 7. | Trial of this matter shall begin on or around September 17, 2007, or as soon |
|5| | thereafter as the Court's calendar permits. |

6  WHEREAS, Mr. Nye moved to dismiss the Amended Complaint on July 21, 2006 and
7  oral argument on the motion to dismiss was heard by the Court on September 22, 2006;

8  WHEREAS, the Court has not ruled on Mr. Nye's motion to dismiss and, as a result, Mr.
9  Nye has not filed an answer responding to any of the allegations;

10  WHEREAS, the parties have diligently litigated this action and have completed both fact
11  and expert discovery;

12  WHEREAS, the parties agree that remaining dates scheduled in this matter, including the
13  trial date, should be modified since no ruling has been made on the motion to dismiss and thus
14  no operative complaint is at issue; and

15  WHEREAS, based on the parties' trial schedules, they have agreed on a modified pre-
16  trial and trial schedule.

17  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned and so
18  ordered by the Court that relevant dates in this matter shall be re-set as follows:

19  1. All dispositive motions shall be heard by December 14, 2007;   (jg)
20  2. Pretrial Conference Statements shall be filed and served by January 10, 2008;
21  3. The pretrial conference shall take place on January 17, 2008 at 2:00 p.m., or at
22     such time as ordered by the Court; and
23  4. Trial of this matter shall begin on or around January 28, 2008, or as soon
24     thereafter as the Court's calendar permits.

25  ///
26  ///
27  ///
28  ///

| | | |
|---|---|---|
| 1 | Dated: July 9, 2007 | Respectfully submitted, |

Dated: July 9, 2007

Respectfully submitted,

SUSAN D. RESLEY
ORRICK, HERRINGTON & SUTCLIFFE LLP


/s/ Susan D. Resley
———————————————
Susan D. Resley
Attorneys for Defendant
Richard D. Nye

Dated: July 9, 2007

ELIZABETH E. KRUPA
THOMAS J. KRYSA
SECURITIES AND EXCHANGE COMMISSION


/ s / Elizabeth E. Krupa
———————————————
Elizabeth E. Krupa
Attorneys for Plaintiff United States Securities and
Exchange Commission

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: 7/11/07

*Ronald M. Whyte*
———————————————
The Honorable Ronald M. Whyte
United States District Court Judge for the Northern
District of California

OHS West:260264373.1 - 3 - JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DATES FOR TRIAL Master File No. C 05 3843 RMW