| | |
|---|---|
| 1 | WALTER F. BROWN, JR. (STATE BAR NO. 130248) |
| | SUSAN D. RESLEY (STATE BAR NO. 161808) |
| 2 | ERIC HAIRSTON (STATE BAR NO. 229892) |
| | RANDALL S. LUSKEY (STATE BAR NO. 240915) |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 4 | 405 Howard Street |
| | San Francisco, CA  94105-2669 |
| 5 | Telephone:    415-773-5700 |
| | Facsimile:     415-773-5759 |
| 6 | |
| 7 | Attorneys for Defendant |
| | Richard A. Nye |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  C 05 3843 RMW |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE DATE** |
| v. | |
| KEITH G. BAXTER, RONALD J. GOEDDE, RICHARD D. NYE, ROBERT E. ELLINGTON and ANTHONY W. O'DELL, | Date: July 18, 2007 |
| | Time: 10:00 a.m. |
| | Magistrate Judge:  Hon. Patricia Trumball |
| Defendants. | |

OHS West:260267297.1

This Stipulation is entered into by and among plaintiff, the Securities and Exchange Commission ("SEC"), and defendant Richard D. Nye, through their respective attorneys of record.

WHEREAS, the next settlement conference in this matter is currently scheduled for July 18, 2007;

WHEREAS, trial of this matter has been continued to January 28, 2008, with corresponding continuances for related pre-trial deadlines;

WHEREAS, counsel for the SEC and Mr. Nye have continued informal settlement discussions, but neither party has changed its position regarding settlement since the September 25, 2006 settlement conference;

WHEREAS, counsel for the SEC and Mr. Nye agree that participation in the private mediation process may facilitate an informed and productive discussion regarding the appropriate disposition of the case, and thus intend to engage a private mediator and complete mediation by September 30, 2007;

NOW THEREFORE, the parties agree that the July 18, 2007 settlement conference shall be continued to November 14, 2007, or at such time as ordered by the Court and that the parties shall inform the Court of the results of the mediation at its conclusion but by no later than October 15, 2007.

1

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE– Master File No. C 05 3843 RMW
OHS West:260267297.1

IT IS SO STIPULATED

Respectfully submitted,

Dated: July 12, 2007

WALTER F. BROWN, JR
SUSAN D. RESLEY
ERIC HAIRSTON
RANDALL S. LUSKEY
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

_____/ s /_____
Susan D. Resley
Attorneys for Defendant
Richard A. Nye

Dated:  July 12, 2007

ELIZABETH KRUPA
SECURITIES AND EXCHANGE COMMISSION
1801 California Street, Suite 1500
Denver, CO  80202
Telephone:  (303) 844-1000
Facsimile:   (303)844-1068

_____/ s /_____
Elizabeth Krupa
Attorneys for Plaintiff United States Securities and Exchange Commission

[~~PROPOSED~~ ORDER]

IT IS HEREBY ORDERED that the Settlement Conference is continued to November 14, 2007 at 2:00 p.m. and the parties shall report the results of the private mediation no later than October 15, 2007.

DATE:  July 13, 2007

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

2

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE– Master File No. C 05 3843 RMW
OHS West:260267297.1