| | |
|---|---|
| 1 | WALTER F. BROWN, JR. (STATE BAR NO. 130248) |
| | SUSAN D. RESLEY (STATE BAR NO. 161808) |
| 2 | RANDALL S. LUSKEY (STATE BAR NO. 240915) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | The Orrick Building |
| | 405 Howard Street |
| 4 | San Francisco, CA 94105-2669 |
| | Telephone: 415-773-5700 |
| 5 | Facsimile: 415-773-5759 |

*E-FILED - 2/6/08*

Attorneys for Defendant
Richard A. Nye

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

KEITH G. BAXTER, RONALD J. GOEDDE, RICHARD D. NYE, ROBERT E. ELLINGTON and ANTHONY W. O'DELL,

Defendants.

Case No. C 05 3843 RMW

**JOINT STIPULATION AND xxxxxxxxxxxxxx ORDER CONTINUING CASE MANAGEMENT CONFERENCE DATE**

OHS West:260376063.1

| | |
|---|---|
| 1 | This Stipulation is entered into by and among plaintiff, the Securities and Exchange |
| 2 | Commission ("SEC"), and defendant Richard D. Nye, through their respective attorneys of record. |
| 3 | |
| 4 | WHEREAS, the next case management conference in this matter is currently scheduled for |
| 5 | February 15, 2008; |
| 6 | |
| 7 | WHEREAS, counsel for the SEC and Mr. Nye have discussed a proposed settlement which |
| 8 | will be submitted to the SEC Commissioners for their consideration. The parties now estimate that |
| 9 | the SEC Commissioners will likely not consider the proposal before the end of February, 2008. |
| 10 | |
| 11 | WHEREAS, the trial date and all pretrial submission dates of this matter have been vacated; |
| 12 | NOW THEREFORE, the parties agree that the February 15, 2008 case management |
| 13 | conference shall be continued to March 21, 2008, or at such time as ordered by the Court. |


　　This Stipulation is entered into by and among plaintiff, the Securities and Exchange Commission ("SEC"), and defendant Richard D. Nye, through their respective attorneys of record.

　　WHEREAS, the next case management conference in this matter is currently scheduled for February 15, 2008;

　　WHEREAS, counsel for the SEC and Mr. Nye have discussed a proposed settlement which will be submitted to the SEC Commissioners for their consideration. The parties now estimate that the SEC Commissioners will likely not consider the proposal before the end of February, 2008.

　　WHEREAS, the trial date and all pretrial submission dates of this matter have been vacated;

　　NOW THEREFORE, the parties agree that the February 15, 2008 case management conference shall be continued to March 21, 2008, or at such time as ordered by the Court.

| | |
|---|---|
| 1 | IT IS SO STIPULATED |
| 2 | |
| 3 | Respectfully submitted, |
| 4 | Dated: January 29, 2008 |
| 5 | WALTER F. BROWN, JR<br>SUSAN D. RESLEY<br>ERIC HAIRSTON<br>RANDALL S. LUSKEY<br>Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, California 94105<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759 |

/s/ Susan D. Resley
───────────────────────────
Susan D. Resley
Attorneys for Defendant
Richard A. Nye

Dated: January 29, 2008

ELIZABETH KRUPA
SECURITIES AND EXCHANGE
COMMISSION
1801 California Street, Suite 1500
Denver, CO 80202
Telephone: (303) 844-1000
Facsimile: (303) 844-1068

/s/ Elizabeth Krupa
───────────────────────────
Elizabeth Krupa
Attorneys for Plaintiff United States Securities and
Exchange Commission

2

JOINT STIPULATION AND XXXXXXXXX ORDER CONTINUING CASE MANAGEMENT CONFERENCE - Master File No. C 05 3843 RMW
OHS West:260376063.1

[XXXXXXXXXXXXX] **ORDER**

IT IS SO ORDERED:

Dated: 2/6/08

*Ronald M. Whyte*

RONALD M. WHYTE
THE HONORABLE [XXXXXXXXXXXXXXXXXXXXXXXX]
UNITED STATES DISTRICT COURT
[XXXXXXXXXXXXXXX] JUDGE
DISTRICT

3

JOINT STIPULATION AND [XXXXXXX] ORDER CONTINUING CASE MANAGEMENT CONFERENCE– Master File No. C 05 3843 RMW
OHS West:260376063.1